■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ORIN DAVID TALADA, Appellant.— Order unanimously affirmed. No opinion. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of SPORTS ARENA EMPLOYEES, LOCAL 263, INTERNATIONAL HOD CARRIERS, BUILDING & COMMON LABORERS UNION OF AMERICA, A. F. of L., Appellant, v. NEW YORK STATE LABOR RELATIONS BOARD, Respondent, and SARATOGA HARNESS RACING ASSOCIATION, INC., Intervenor.— Appeal from an order of the Supreme Court at Special Term which denied an application to vacate an order of the New York State Labor Relations Board made upon remittal (see Matter of Saratoga Harness Racing Assn. v. New York State Labor Relations Bd., 6 A D 2d 329, affd. 6 N Y 2d 960). Order unanimously affirmed, without costs, on the opinion of Mr. Justice HUGHES at Special Term (25 Misc 2d 629). Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.